# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3157

_____

United States of America

*Plaintiff - Appellee*

v.

Tommie Lee Thompson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: May 3, 2018
Filed: May 7, 2018
[Unpublished]

_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Tommie Lee Thompson appeals the sentence the district court[1] imposed upon him after it revoked his supervised release. Thompson's counsel has moved for leave

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

to withdraw and has filed a brief challenging the substantive reasonableness of Thompson's sentence.

Upon careful review, we conclude that the sentence was not substantively unreasonable. *See United States v. Merrival*, 521 F.3d 889, 890 (8th Cir. 2008) (reviewing the substantive reasonableness of a post-revocation sentence under an abuse-of-discretion standard); *see also United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir. 2009) (applying a presumption of substantive reasonableness to a post-revocation, within-Guidelines-range prison sentence). Accordingly, we affirm the judgment and grant counsel's motion to withdraw.

_____